AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

RECEIVED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Emily Ravits
c/o Matthew D. Forsgren
225 S. 6th St-Ste 1500
Minneapolis, MN 55402

*Defendant*

Case No. 26-cr-190 DWF/EMB

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Pretrial Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition
☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Warren E. Burger Federal Bldg<br>316 N. Robert Street<br>St. Paul, MN 55101 | Courtroom No.: Courtroom 6A (STP)<br>Before: Judge John F. Docherty |
| | Date and Time: November 6, 2026 at 1:30 p.m. |

This offense is briefly described as follows:

Count 1: CONSPIRACY TO DEFRAUD THE UNITED STATES AND MAKE FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS in violation of 18:371
Counts 2-7: FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS in violation of 18:1035 and 2

Date: 10/23/2026

K. M. Fogarty
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

SCANNED
OCT 26 2026
U.S. DISTRICT COURT ST. PAUL

Date: 10-26-2026

*Server's signature*

J. Leary DUSM
*Printed name and title*

Case No. 26-cr-190 DWF/EMB

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: Emily Ravits

Last known residence: ______

Usual place of abode *(if different from residence address)*: ______

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______

## PROOF OF SERVICE

This summons was received by me on *(date)* 10-23-2026.

☐ I personally served the summons on this defendant ______ at *(place)* ______ on *(date)* ______ ; or

☐ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* James Urzedowski, Partner who is authorized to receive service of process on behalf of *(name of organization)* Emily Ravits (Matthew Forsgren Law office) on *(date)* 10-26-2026 and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: ______

I declare under penalty of perjury that this information is true.

Date returned: 10-26-2026

[signature]
*Server's signature*

J. Lacey Dusen
*Printed name and title*

Remarks: